435 A.2d 1312

Kowaleski v. Kowaleski, Appellant.

 Submitted May 20, 1981. H. Barry Bier, for appellant; Charles E. Weston, for appellee.

Before MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.